**330**

Lonnie Lee FRIEND, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34550.

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Nov. 29, 1983.

Application to Transfer Denied
Dec. 20, 1983.

Thomas J. Marshall, Public Defender,
Moberly, for movant-appellant.

John Ashcroft, Atty. Gen., Melinda Corbin, Asst. Atty. Gen., Jefferson City, for
respondent.

Before SOMERVILLE, P.J., and SHANGLER and MANFORD, JJ.

PER CURIAM:

ORDER

This is a direct appeal from a denial of
post-conviction relief pursuant to Rule 27.-
26.

Judgment affirmed.

Rule 84.16(b).